**DISMISS and Opinion Filed May 25, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00198-CV**

**FUSION RECYCLING LLC, Appellant**
**V.**
**NORTH TEXAS TOLLWAY AUTHORITY, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02848-2022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss the appeal because the parties have settled their differences. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

230198f.p05

/Robert D. Burns, III//
ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FUSION RECYCLING LLC,
Appellant

No. 05-23-00198-CV     V.

NORTH TEXAS TOLLWAY
AUTHORITY, Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-02848-
2022.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee NORTH TEXAS TOLLWAY AUTHORITY recover its costs of this appeal from appellant FUSION RECYCLING LLC.

Judgment entered this 25th day of May, 2023.